111 P.3d 1060

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 8, 2005**

| 26381 | Doe Children, In re | Affirmed |
| 26309 | State v. Cabinatan | Affirmed |

**May 20, 2005**

| 26579 | Eisermann v. State | Affirmed |
| 25995 | Kikuyama v. Kikuyama | Affirmed |

**May 25, 2005**

| 26811 | State v. Cross | Affirmed |
| 26464 | State v. Martin | Reversed, Vacated and Remanded |

**May 26, 2005**

| 26304 | State v. Stark | Affirmed |

**May 31, 2005**

| 25730 | Jorski v. Harvey | Affirmed |
| 25844 | State v. Edralin | Affirmed |